USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ANGEL TORRES, et al.,

                **Plaintiffs,**

-against-

BO-MELL ENTERPRISES, INC. et al.,

                **Defendants.**

-----------------------------------------------------------------X

18-CV-8997 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The parties in this Fair Labor Standards Act submitted their proposed settlement agreement on November 11, 2019. ECF No. 34. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 34 and close the case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 25, 2019
                New York, New York